# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
No. 17-1532V
Filed: June 21, 2018
UNPUBLISHED

| | |
|---|---|
| LATOYA CHRISTIE, as Parent and Next Friend of P.A.,<br><br>                Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>                Respondent. | Special Processing Unit (SPU); Ruling on Entitlement; Concession; Table Injury; Rotavirus Vaccine; Intussusception |

*Howard Scott Gold, Gold Law Firm, LLC, Wellesley Hills, MA*, for petitioner.
*Sherry Denise Soanes, U.S. Department of Justice, Washington, DC*, for respondent.

### **RULING ON ENTITLEMENT**[1]

**Dorsey**, Chief Special Master:

     On October 16, 2017, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that P.A. sustained intussusception as a result of a rotavirus vaccine administered on February 28, 2017. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

     On June 18, 2018, respondent filed his Rule 4(c) report in which he concedes that petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, respondent concedes that entitlement to compensation for P.A.'s intussusception is appropriate under the terms of the Vaccine Act. *Id.* at 4. Respondent

---

[1] Because this unpublished ruling contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

further agrees that the case was timely filed and that the vaccine was received in the United States.  *Id.*

**In view of respondent's position and the evidence of record, the undersigned finds that petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Nora Beth Dorsey**</u>
Nora Beth Dorsey
Chief Special Master